UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> vs.<br><br>JOSE TRANSITO HUATO RUEDA,<br><br>  Defendant. | Case No: 2:21-MJ-00132-1 CKD<br><br>**ORDER APPOINTING COUNSEL** |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Alekxia L. Torres is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to August 24, 2021. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: __**August 26, 2021**__          _____ /s/ Jennifer L. Thurston
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE