PHILLIP A. TALBERT
Acting United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00163-JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JOSE HUATO-TRANSITO, | DATE: November 2, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Jose Huato-Transito, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on November 2, 2021.

2.      By this stipulation, the defendant now moves to continue the status conference until January 25, 2022, and to exclude time between November 2, 2021, and January 25, 2022, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes hundreds of pages of documents as well as audio files. Much of this discovery has been either produced directly to counsel or made available for inspection and copying, and the government anticipates producing additional discovery in the coming days.

///

b)      Counsel for the defendant desires additional time to consult with her client, review the current charges, conduct investigation and research related to the charges, review discovery, discuss potential resolutions with her client, and otherwise prepare for trial.

c)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 2, 2021 to January 25, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  October 26, 2021                              PHILLIP A. TALBERT
                                                                     Acting United States Attorney


                                                                     /s/ SAM STEFANKI
                                                                     SAM STEFANKI
                                                                     Assistant United States Attorney


Dated:  October 26, 2021                              /s/ MIA CRAGER
                                                                     MIA CRAGER
                                                                     Counsel for Defendant
                                                                     JOSE HUATO-TRANSITO


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 27th day of October, 2021.


                                                                     /s/ John A. Mendez
                                                                     THE HONORABLE JOHN A. MENDEZ
                                                                     UNITED STATES DISTRICT COURT JUDGE