HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
JOSE HUATO-TRANSITO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:21-cr-00163-JAM |
| Plaintiff, | ) ) | |
| vs. | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| JOSE HUATO-TRANSITO, | ) ) | |
| Defendant. | ) ) ) ) | Date: January 25, 2022
Time:  9:30 a.m.
Judge: John A. Mendez |

    IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney Samuel A. Stefanki, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney for Jose Huato-Transito, that the status conference, currently scheduled for January 25, 2022, be continued to March 29, 2022 at 9:30 a.m.

    Defense counsel is reviewing discovery with her client and discussing possible resolutions. In person meetings with the client needed to be rescheduled with the recent surge in COVID-19 cases in the district. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective prepration, taking into account the exercise of due diligence.

    Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including March 29, 2022;  pursuant to 18 U.S.C.

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: January 20, 2022

HEATHER E. WILLIAMS
Federal Defender

/s/ *Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
JOSE HUATO-TRANSITO

Dated: January 20, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ *Samuel Stefanki*
SAMUEL STEFANKI
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 29, 2022, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the  January 25, 2022 status conference shall be continued until March 29, 2022, at 9:30 a.m.

Dated:  January 20, 2022          /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE